IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Tony Anthony Fair, Jr., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> York County Detention Center; M.D. ) <br> Jewell; Mrs. A. Cannon; A.W. Breedan, ) <br> ) <br> Defendants. ) <br> _____ ) | Civil Action No. 0:25-cv-12882-BHH <br><br> **ORDER** |

This matter is before the Court upon Plaintiff Tony Anthony Fair, Jr.'s ("Plaintiff") *pro se* complaint alleging violations of his civil rights. (ECF No. 1.) In accordance with 28 U.S.C. § 636(b) and Local Civil Rule 73.02(B), D.S.C., the matter was referred to a United States Magistrate Judge for preliminary review.

On October 23, 2025, the Magistrate Judge issued an order directing Plaintiff to bring his complaint into proper form and informing Plaintiff that the failure to provide the necessary information may subject this case to dismissal. (ECF No. 5.) Plaintiff failed to bring his case into proper form and failed to contact the Court in any way. As a result, on November 21, 2025, the Magistrate Judge issued a Report and Recommendation ("Report") outlining the issues and recommending that the Court summarily dismiss this action without prejudice. (ECF No. 10.) Attached to the Magistrate Judge's Report was a notice advising Plaintiff of the right to file written objections to the Report within fourteen days of being served with a copy. To date, no objections have been filed.

The Magistrate Judge makes only a recommendation to the Court. The recommendation has no presumptive weight, and the responsibility to make a final

determination remains with the Court. *Mathews v. Weber*, 423 U.S. 261 (1976). The Court is charged with making a *de novo* determination only of those portions of the Report to which specific objections are made, and the Court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge, or recommit the matter to the Magistrate Judge with instructions. 28 U.S.C. § 636(b)(1). In the absence of specific objections, the Court reviews the matter only for clear error. *See Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (stating that "in the absence of a timely filed objection, a district court need not conduct a *de novo* review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'") (quoting Fed. R. Civ. P. 72 advisory committee's note).

Here, no objections to the Report have been filed. After review, the Court finds no clear error and fully agrees with the Magistrate Judge's analysis. **Accordingly, the Court adopts and incorporates the Magistrate Judge's Report (ECF No. 10), and the Court summarily dismisses this action without prejudice.**

**IT IS SO ORDERED.**

/s/Bruce H. Hendricks
United States District Judge

December 10, 2025
Charleston, South Carolina